UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 10CR2442-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER REQUIRING DISCLOSURE OF |
| SEBASTIAN CARILLO-CECENA | ) | DEFENDANT'S A-FILE |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the government disclose to the defendant, through his counsel, the defendant's immigration A-file and allow defense counsel the opportunity to inspect and photocopy the entire contents of the A-file. The government may raise any claim of privilege to a particular document or documents in the A-file. The Court will thereafter resolve the assertion of privilege at defense counsel's request.

**IT IS SO ORDERED**.

DATED: July 6, 2010

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge